# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  HAMILTON N. KUMAR                                           Case Number: 08-72342
509 INDIAN DANCER TRAIL       SSN-xxx-xx-1889
BELVIDERE, IL  61008

Case filed on:   7/25/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,412.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 428.19 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 428.19 | 0.00 |
| 010 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | HAMILTON N. KUMAR | 0.00 | 0.00 | 804.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 804.00 | 0.00 |
| 001 | AMCORE BANK NA | 13,431.85 | 13,431.85 | 479.32 | 495.68 |
| 002 | HEALTHCARE ASSOCIATES CREDIT UNION | 1,352.56 | 1,200.00 | 51.48 | 29.52 |
| 003 | SYSTEMS & SERVICES TECHNOLOGIES INC | 7,829.87 | 0.00 | 0.00 | 0.00 |
| 004 | WASHINGTON MUTUAL BANK | 27,630.04 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 50,244.32 | 14,631.85 | 530.80 | 525.20 |
| 002 | HEALTHCARE ASSOCIATES CREDIT UNION | 0.00 | 152.56 | 0.00 | 0.00 |
| 005 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | REBEKAH KUMAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | THATAPUDI KUMAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,117.17 | 2,117.17 | 0.00 | 0.00 |
| 009 | AMERICAN EXPRESS CENTURION BANK | 488.31 | 488.31 | 0.00 | 0.00 |
| 011 | AMERICAN EXPRESS BANK FSB | 4,219.35 | 4,219.35 | 0.00 | 0.00 |
| 012 | CAPITAL ONE BANK (USA) NA | 3,448.85 | 3,448.85 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 2,136.00 | 2,136.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 695.98 | 695.98 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 2,624.34 | 2,624.34 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 3,731.00 | 3,731.00 | 0.00 | 0.00 |
| 017 | CITIFINANCIAL | 12,673.99 | 12,673.99 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,102.67 | 2,102.67 | 0.00 | 0.00 |
|  | Total Unsecured | 34,237.66 | 34,390.22 | 0.00 | 0.00 |
|  | Grand Total: | 87,981.98 | 52,522.07 | 1,762.99 | 525.20 |

Total Paid Claimant:     $2,288.19
Trustee Allowance:       $123.81            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan